FILED 11 APR 20 15:07 USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

BETTINA MARIE WENGER  
           Plaintiff,

v.

MICHAEL J. ASTRUE,  
Commissioner of Social Security,  
           Defendant.

CV. 09-01501-MO

ORDER AWARDING EAJA ATTORNEY FEES

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of $3443.46 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Max Rae, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Max Rae, at PO Box 7790, Salem, OR 97303-0175.

DATED this 20 day of April, 2011.

_____  
United States District Judge

Page 1.    ORDER AWARDING EAJA ATTORNEY FEES  
              WENGER v. ASTRUE, CV. 09-01501-MO

PRESENTED BY:
/s/ Max Rae
MAX RAE, OSB#81344
(503) 363-5424
Attorney for Plaintiff, Bettina Marie Wenger